# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CRAIG CERVANTES, et al., )
)  Case No. 2:10-cv-00395-KJD-PAL
                 Plaintiffs, )
) **ORDER**
vs. )
) (Mtn to Withdraw - Dkt. #14)
HELI USA AIRWAYS, INC., )
)
                 Defendant. )

This matter is before the court on the Motion to Withdraw as Counsel of Record For Plaintiff (Dkt. #14) filed September 16, 2010. Sharon Nelson and Rebekah Baumgardner seek to withdraw as counsel of record for Plaintiff Craig Cervantes. The Motion represents that the relationship between Plaintiff and his counsel has been irreparably harmed by a breakdown in communication. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." The Complaint (Dkt. #1) was filed on March 22, 2010.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #14) is GRANTED.
2. Plaintiff shall have until **October 25, 2010** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that he will be proceeding *pro se,* i.e., representing himself.
3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

/ / /

/ / /

4.  The Clerk of Court shall serve a copy of this Order on Plaintiff at:

> Craig Cervantes
> 3173 Drift Fence Circle
> Pinetop, AZ 85935

Dated this 22nd day of September, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE