# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CRAIG T. CERVANTES, et al.,

    Plaintiffs,

v.

HELI USA AIRWAYS. INC. ,

    Defendant.

Case No. 2:10-CV-00395-KJD-PAL

**ORDER**

    On December 22, 2010, Magistrate Judge Peggy A. Leen issued a Report and Recommendation (#22), recommending that Plaintiff Craig Cervantes' claims in this action be dismissed for failure to comply with the Court's previous orders, and for failure to prosecute. The Magistrate Judge's Order admonished the Plaintiff that failure to file objections to the Order would waive his right to appeal the decision of the District Court. To date, Plaintiff has failed to file an objection to the Magistrate Judge's Report and Recommendation.

    The Court has reviewed the Magistrate Judge's Report and Recommendation, and good cause appearing, hereby accepts the recommendation in full.

    Accordingly, **IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#22) is upheld in full.

    **IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED**, for failure to comply with the Court's previous orders, and for failure to prosecute.

    DATED this 13th day of January, 2011.

_____
Kent J. Dawson
United States District Judge